**Entered on Docket**
**November 30, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (702) 413-9692
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for   Secured Creditor CITIBANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ANTONIO RUS AND SIMONA D. RUS,<br><br>Debtor(s). | Bankruptcy Case No. BK-S-09-21316-lbr<br>Chapter 13<br><br>CITIBANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2'S ORDER TERMINATING AUTOMATIC STAY<br>Date:    November 4, 2009<br>Time:    10:30 A.M. |

/././

- 1 -

1 | A hearing on Secured Creditor Citibank, N.A., as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2007-2's Motion for Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Linda B. Riegle.

The court having duly considered the papers and pleadings on file herein and being fully advised thereon and finding cause therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

The automatic stay of 11 United States Code section 362 is hereby immediately terminated as it applies to the enforcement by Movant of all of its rights in the real property under the Note and Deed of Trust encumbering the real property commonly known as 62 East Serene Avenue Unit 206, Las Vegas, Nevada 89123 ("Real Property"), which is legally described as:

> SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A AND MADE A PART HEREOF .

Upon the lift of stay on Debtor's real property a 5 day notice must be sent to the debtor prior to the sale.

APPROVED/DISAPPROVED

_____
KATHLEEN A. LEAVITT
TRUSTEE

/././

/././

/././

/././

/././

- 2 -

<u>ALTERNATIVE METHOD re: RULE 9021</u>:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ Approved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

☐ Disapproved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

☒ Failed to respond. - Trustee

###

Submitted by:

/s/ Jacque A. Gruber
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(702) 413-9692
NV Bar #11385
Attorney for CITIBANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2

EXHIBIT "A"

The land referred to in this Commitment is situated in the County of Clark, State of Nevada and is described as follows:

PARCEL I:

UNIT 206 ("UNIT") IN BUILDING 2 ("BUILDING") AS SHOWN ON THE FINAL PLAT OF MANHATTAN CONDOMINIUMS, FILED IN BOOK 126 OF PLATS, PAGE 57, IN THE OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA ("PLAT"), AND AS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR MANHATTAN CONDOMINIUMS, RECORDED DECEMBER 21, 2004 AS INSTRUMENT NO. 02003 IN BOOK 20041221, OFFICIAL RECORDS, CLARK COUNTY, NEVADA (" MANHATTAN CONDOMINIUMS DECLARATION").

PARCEL II:

TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND TO THE COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MANHATTAN CONDOMINIUMS DECLARATION AND AS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR MANHATTAN CONDOMINIUMS, RECORDED DECEMBER 21, 2004 AS INSTRUMENT NO. 02003 IN BOOK 20041221, OFFICIAL RECORDS, CLARK COUNTY, NEVADA (" MANHATTAN CONDOMINIUMS DECLARATION").

PARCEL III:

TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE UNIT, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MANHATTAN CONDOMINIUMS DECLARATION AND AS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR MANHATTAN CONDOMINIUMS, RECORDED DECEMBER 21, 2004 AS INSTRUMENT NO. 02003 IN BOOK 20041221, OFFICIAL RECORDS, CLARK COUNTY, NEVADA (" MANHATTAN CONDOMINIUMS DECLARATION").

PARCEL IV:

TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF REASONABLE INGRESS TO AND EGRESS FROM THE UNIT, AND OF ENJOYMENT OF THE COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MANHATTAN CONDOMINIUMS DECLARATION.

PARCEL V:

TOGETHER WITH EXCLUSIVE USE PARKING SPACES IDENTIFIED AS A LIMITED COMMON ELEMENT APPURTENANT TO A PARTICULAR UNIT AS DEFINED IN THE COVENANTS, CONDITIONS AND RESTRICTIONS.